IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,    No. CIV S-07-0541-LKK-CMK-P

    Plaintiff,

  vs.    ORDER

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

    Plaintiff names the following as defendants:  the California Department of Corrections and Rehabilitation; Arnold Schwarzenegger; James Tilton; Scott Kernan; Teresa Schwartz; and Sue Hubbard.  Other than defendant California Department of Corrections and Rehabilitation, all defendants are supervisory officials.  Plaintiff seeks various forms of prospective equitable relief.

1         Plaintiff states that he is disabled within the meaning of the Americans with
2 Disabilities Act and is entitled to accommodation under that statute. Plaintiff states that he uses
3 a wheelchair because of his disability. Plaintiff claims that defendants "ratified and/or failed to
4 abolish" a policy and practice which prevents him from access to recreational yard programs and
5 activities, the main dining hall, the showers, and the prison gymnasium. Plaintiff states that, as a
6 result of conditions which are not in compliance with the Americans with Disabilities Act, he has
7 sustained physical injuries.

         The [original amended] complaint appears to state a cognizable claim for relief
pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).[1] If the allegations are proven, plaintiff
has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds
that service is appropriate and will direct service by the U.S. Marshal without pre-payment of
costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff
complies with this order. Plaintiff is warned that failure to comply with this order may result in
dismissal of the action. See Local Rule 11-110.

         Accordingly, IT IS HEREBY ORDERED that:

         1.    Service is appropriate for the following defendant(s):

                CALIFORNIA DEPARTMENT OF CORRECTIONS AND
                    REHABILITATION;

                ARNOLD SCHWARZENEGGER;

                JAMES TILTON;

                SCOTT KERNAN;

                TERESA SCHWARTZ; and

---

[1] The court notes that, according to plaintiff's complaint, plaintiff has not exhausted his administrative remedies. However, because exhaustion is not a jurisdictional requirement for bringing suit, see Rumbles v. Hill, 182 F.3d 1064, 1070 (9th Cir. 1999), and because failure to exhaust is an affirmative defense which can only be raised by defendants, see Wyatt v. Terhune, 280 F.3d 1238, 1245-46 (9th Cir. 2002), dismissal at this time for failure to exhaust is not appropriate.

1           SUE HUBBARD

2     2.    The Clerk of the Court shall send plaintiff one USM-285 form for each

3 defendant identified above, one summons, an instruction sheet, and a copy of the; and

4     3.    Within 30 days of the date of service of this order, plaintiff shall complete

5 the attached Notice of Submission of Documents and submit the following documents to the

6 court:

7     a.    The completed Notice of Submission of Documents;

8     b.    One completed summons;

9     c.    Six completed USM-285 form(s); and

10     d.    Seven copies of the endorsed complaint.

12 DATED: May 23, 2007.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND D. JACKSON,<br>　　　　Plaintiff,<br>　　vs.<br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br>　　　　Defendants.<br>_____/ | No. CIV S-07-0541-LKK-CMK-P |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

　　__1__　　completed summons form;
　　____　　completed USM-285 form(s); and
　　____　　copies of the complaint.

DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff