IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAYMOND JACKSON,** | 2:07-cv-0541 LKK CMK P |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants CDCR, Hubbard, Kernan, Schwarzenegger, and Tilton are granted a 30-day extension of time to file a responsive pleading. Defendants' responsive pleading shall be due on or before September 17, 2007.

DATED: August 17, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1