IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, | No. CIV S-07-0541-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion for leave to file a separate unenumerated Federal Rule of Civil Procedure 12(b) motion based on exhaustion. Good cause appearing therefore, the request is granted. Defendants may file such a motion within 90 days after the court issues a final order on the pending motion to dismiss.

      IT IS SO ORDERED.

DATED: September 24, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE