# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,              No. CIV S-07-0541-LKK-CMK-P

    Plaintiff,

  vs.                              ORDER

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for voluntary dismissal of this action (Doc. 22).  Good cause appearing therefor, plaintiff's motion is granted, all other pending motions are denied as moot, and this action is dismissed.  The Clerk of the Court is directed to enter judgment and close this file.

       IT IS SO ORDERED.

       DATED: November 8, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT